**Order entered July 3, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00734-CV

### IN RE PATRICK J. CURRY AND PJC EQUIPMENT LEASING, LLC, Relators

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-13070**

## ORDER

Based on the Court's opinion of today's date, we **DENY** relators' petition for writ of mandamus and **LIFT** the stay imposed by our May 30, 2013 order. We **ORDER** that relators bear the costs of this original proceeding.

/s/     ROBERT M. FILLMORE
            JUSTICE